UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
SEP 28 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 5:18-CR-81-REW |
| v. | ) | |
| | ) | **VERDICT FORM** |
| ROSSEN IOSSIFOV, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

As to **Count 1**, we, the jury, unanimously find the defendant, Rossen Iossifov:

GUILTY   ✓       NOT GUILTY   _____

As to **Count 3**, we, the jury, unanimously find the defendant, Rossen Iossifov:

GUILTY   ✓       NOT GUILTY   _____

*Once you have answered each question, sign and date this verdict form, and alert the CSO that you have a verdict.*

[signature redacted] 1                              9/28/2020
Foreperson (Signature and Juror Number)        Date