# JURY QUESTION
5:18-cr-81-15 REW - USA v. Iossifov

Eastern District of Kentucky
FILED
SEP 28 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

QUESTION(S):

If I have a jury member that is not willing to consider Deliberate Ignorance.

~~What~~ He has told another Juror that ~~s~~he would make deliberation difficult.

What do ~~I~~ we do?

NOTE 1
@ 2:15pm
RW
Response on record.

Jury Foreman # 1

Eastern District of Kentucky
**FILED**

SEP 28 2020

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## JURY QUESTION
5:18-cr-81-15 REW - USA v. Iossifov

QUESTION(S):

Jurer Member 82 would like to be removed/replaced.

He is not confortable enough or knowledgeable enough.

PLEASE CONTINUE YOUR DELIBERATIONS UNDER THE COURT'S INSTRUCTIONS.

RW
REWIER
9.24.2020
@ 3:46pm

1

# JURY QUESTION
5:18-cr-81-15 REW - USA v. Iossifov

Eastern District of Kentucky
FILED
SEP 28 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

QUESTION(S):

Is Rossen Iossifov a Conspirator or an alleged Conspiritor.

EACH COUNT CHARGES ROSSEN IOSSIFOV WITH CONSPIRACY. EVALUATE AND DECIDE COUNT 1 AND COUNT 3 UNDER THE COURT'S INSTRUCTIONS.

RW
REWIER
4:59 pm
9/24/20

Jury Foreman # 1

We have a verdict

Juror #1

Eastern District of Kentucky
FILED
SEP 28 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT